IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY HINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-cv-0404-MJR-DGW |
| | ) |
| PFIZER, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER REGARDING COORDINATED
FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

REAGAN, District Judge:

By Order entered October 7, 2013, the Court granted a motion to coordinate -- for purposes of discovery and pretrial proceedings – the above-captioned case and two closely related lawsuits, *Ehlers v. Pfizer*, Case No. 13-cv-0468-JPG-SCW, and *Conner v. Pfizer*, Case No. 13-cv-0635-JPG-DGW.  By Orders entered October 8, 2013, ***Ehlers*** and ***Conner*** were reassigned to the undersigned District Judge and Magistrate Judge Wilkerson.  (The three cases have not been consolidated into a single action.  Filings will continue to be made in individual lawsuits, with the appropriate caption and party names.)

Two of the cases already had been tracked as a "C" – ***Hines*** and ***Conner***.  By e-Order entered October 8, 2013 in 13-cv-0468, ***Ehlers*** likewise was designated a Track C case.  Judge Wilkerson will enter an appropriate Scheduling Discovery Order (with discovery and dispositive motion deadlines) in these three cases, using the firm trial date already assigned to ***Hines*** and now given to ***Conner*** and ***Ehlers***, as well.

1 | P a g e

**Jury Trial = Monday, October 27, 2014, 9:00 am** (all 3 cases); and

**Final Pretrial Conference =**     **Friday, October 17, 2014, 9:30 am** (*Hines*)
                                    **Friday, October 17, 2014, 10:15 am** (*Ehlers*)
                                    **Friday, October 17, 2014, 11:00 am** (*Conner*).[1]

IT IS SO ORDERED.

DATED:   October 9, 2013.

                                        s/ *Michael J. Reagan*
                                        Michael J. Reagan
                                        United States District Judge

---

[1]     Questions about these dates may be directed to Judge Reagan's law clerk, Sheila, at 618-482-9229.